## SHERMAN V. SHERMAN.

A witness who has received communications from the party under an engagement to secrecy, except in case of an attorney, is obliged to testify all he knows when called as a witness.

PETITION for a divorce, for the cause of adultery. Doctor Ives was produced as a witness on the part of the petitioner, and was objected against, because all he could testify came to his knowledge in confidence, and under obligation of secrecy. The objection was judged to be insufficient. See Mills v. Griswold, Litchfield January Term, A. D. 1792.

## APPLE V. RUSSEL & PARISH.

On a several plea to the jury — one of the defendants is acquitted and recovers his own cost, his witnesses and half the court and jury's fees paid, and for one attorney.

ACTION of trover for a quarter of a vessel taken by execution, and sold to Russel who was the creditor, who sold the vessel and received the money for her; Parish was the officer that took the vessel by Russel's direction. The defendants severally plead not guilty. Issue to the jury. The jury found Russel guilty, and Parish not guilty.

The court taxed for Parish his own cost, and for his own witnesses; also half of the court and jury fees which he paid, and one attorney's fee.